IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Nelson L. Bruce, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Pentagon Federal Credit Union (a/k/a )<br>PenFed Credit Union), )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 2:17-CV-2170-BHH-MGB<br><br>**MOTION TO WITHDRAW SARAH B. NIELSEN AS COUNSEL FOR DEFENDANT** |

COMES NOW, Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins"), by and through its attorney B. Rush Smith III, pursuant to Local Civil Rule 83.I.07 DSC and hereby moves for permission to withdraw Sarah B. Nielsen ("Ms. Nielsen") as counsel for Defendant Pentagon Federal Credit Union (a/k/a PenFed Credit Union) ("Defendant").

1. Ms. Nielsen appeared as co-counsel in this matter on behalf of Defendant.

2. As of August 31, 2018, Ms. Nielsen is resigning from Nelson Mullins Riley & Scarborough LLP.

3. Defendant consents to the relief requested because the following attorneys with Nelson Mullins continue to represent them in this matter: B. Rush Smith III and Matthew A. Abee.

4. The Court retains jurisdiction of this action.

For the foregoing reason, Nelson Mullins requests that the Court enter an Order withdrawing Sarah B. Nielsen's appearance in this action and stricken as counsel of record for Defendant.

*SIGNATURE PAGE ATTACHED*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: /s/B. RUSH SMITH III
    B. Rush Smith III
    Federal Bar No. 5031
    E-Mail: rush.smith@nelsonmullins.com
    Matthew A. Abee
    Federal Bar No. 11747
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

Attorneys for Defendant Pentagon Federal Credit Union (a/k/a PenFed Credit Union)

Columbia, South Carolina

August 27, 2018