## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and served (with NEF) via first-class U.S. Mail, postage prepaid, and by certified mail, return receipt requested, on:

>Nelson L. Bruce
>c/o 144 Pavilion Street
>Summerville, SC 29483

>/s/B. RUSH SMITH III
>B. Rush Smith III