AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nelson L Bruce, <br> *Plaintiff* <br> v. <br> Pentagon Federal Credit Union (A.K.A PenFed Credit Union) ect. [sic] all, <br> *Defendant* | Civil Action No. 2:17-cv-02170-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Having adopted the Report and Recommendation of Magistrate Judge Mary Gordon Baker, the Court dismisses all claims of Plaintiff Nelson L. Bruce. Plaintiff's TILA and FDCPA claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.

This action was:

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, ruling on the Report and Recommendation of the Magistrate Judge.

Date: September 19, 2018

*CLERK OF COURT*

s/ V. Druce

*Signature of Clerk or Deputy Clerk*